

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00315-CV

Juan Jesus Isaias **LOPEZ**; EBG Cargo, LLC; and Mario Albert Rodriguez;
Appellants

v.

Lawrence **STURDEN**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA001873D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the parties' joint motion to vacate the judgment and remand this case to the trial court is GRANTED. The trial court's judgment is VACATED without regard to the merits, and this case is REMANDED to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties are ORDERED to bear their own costs of appeal as agreed. *See id*. 42.1(d).

SIGNED December 11, 2019.

_____
Irene Rios, Justice